**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **CHAPTER 13** |
| **GRACE LOUISE DAHLQUIST,** | : | |
| | : | **BANKRUPTCY NO. 18-12049-JKF** |
| **Debtor.** | : | |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Michael D. Vagnoni, Esquire, attorney for Montgomery County Tax Claim Bureau,

hereby certify that on May 24, 2018, a true and correct copy of the Notice of Appearance and

Request for Service of Papers in the above captioned case was served electronically via the

Court's CM/ECF system, upon the attached service list.


*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

5167033

## <u>SERVICE LIST</u>

WILLIAM P. MARSHALL on behalf of Debtor Grace Louise Dahlquist
wpmlawoffice@aol.com

FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

MICHELLE JEANNE STRANEN on behalf of Creditor Gwynedd Club Condominium
Association
mstranen@marcushoffman.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov