### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Grace Louise Dahlquist            )
                                           )   Case No.:    18-12049
                        Debtor             )   Chapter:     13

\* \* \* \* \* \* \*

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

William P. Marshall, Esquire has filed an Objection to the Proof of Claim of the Gwynedd Club Condominium Association.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 13, 2019 you or your attorney must do all of the following:

  (a)   file an answer explaining your position at

United States Bankruptcy Court
Eastern District of Pennsylvania
Nix Building
900 Market Street, Room 400
Philadelphia, Pennsylvania, 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  (b)   mail a copy to the movant's attorney:

William P. Marshall, Esquire
P.O. Box 267
3101 Trewigtown Road
Colmar, Pennsylvania 18915
(215) 997-6040
(215) 997-9611 Facsimile

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

       3.       A hearing on the motion is scheduled to be held before the Honorable Judge Jean K. FitzSimon on March 13, 2019 at 9:30 AM in Courtroom 3, United States Bankruptcy Court, Nix Building, 900 Market Street, Philadelphia, Pennsylvania, 19107.

       4.       If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

       5.       You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:  February 11, 2019