UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

GRACE LOUISE   DAHLQUIST

                                                   : Bankruptcy No. 18-12049AMC
Debtor(s)                    : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_/s/ Ashely M. Chan_

**Date: November 25, 2020**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

WILLIAM P MARSHALL ESQ
LAW OFC WM P MARSHALL PC
3101 TREWIGTOWN RD,POB 267
COLMAR PA 18915-

GRACE LOUISE   DAHLQUIST
17 SHANNON DRIVE
NORTH WALES,PA.19454